IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **The Senior Store, LLC,** | : |
| *Plaintiff,* | : |
| v. | : CIVIL ACTION |
| **The Senior Store, Inc., Nick Bolletino, Amanda Bolletino, and Eric Mass,** | : No. 19-cv-00553-NLH-AMD |
| *Defendants.* | : |

## CONSENT ORDER

Plaintiff, The Senior Store, LLC, ("TSS") and Defendants, The Senior Store, Inc., Nick Bolletino, Amanda Bolletino, and Eric Mass ("Defendants") (separately "A Party" and collectively "The Parties") have agreed to terms and conditions representing a negotiated resolution of this action. Now the parties, by their undersigned counsel and/or authorized representatives, hereby stipulate and consent to entry of this Order as follows:

IT IS, this 3rd day of July, 2019,

HEREBY ORDERED, ADJUDGED AND DECREED that

1. For purposes of this action and Consent Order only, this Court has jurisdiction over the subject matter of this action and has personal jurisdiction over the Parties, and venue is proper in this Court.

2. The Parties have executed a confidential Settlement Agreement dated June 14, 2019, resolving this matter

3. The Parties agree that, in the event of a violation of any term of this Consent Order or the Settlement Agreement by any Party, this Court retains continuing jurisdiction to enforce the terms

of this Consent Order and the Settlement Agreement for a period of two (2) years from the date of entry of this Order. The Parties expressly consent to subject matter and continuing personal jurisdiction over them, and to venue in this Court, to enforce the terms of this Consent Order and the Settlement Agreement.

4. In the event this Court grants a motion to enforce the terms of this Consent Order or the Settlement Agreement, the prevailing Party shall be awarded its reasonable attorneys' fees, expenses and costs.

5. The Complaint filed in this action is hereby dismissed with prejudice and without costs, disbursements or attorney fees to any Party.

_____
Nick Bolletino
President
THE SENIOR STORE, INC.

_____
Nick Bolletino
Individually

_____
Amanda Bolletino
Individually

_____
LAULETTA BIRNBAUM, LLC
Robert A. McKinley
591 Mantua Boulevard, Suite 200
Sewell, New Jersey 08080
Telephone: (856) 232-1600
Facsimile: (856) 232-1601
Email: rmckinley@lauletta.com

*Attorneys for Plaintiff*

_____
Eric Mass
Individually

_____
NOEL L. HILLMAN, U.S.D.J.